1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11

12   KASEY NOBLE,                    )   Case No.  ED CV 13-1097 MRW
                                     )
13                    Plaintiff,     )
                                     )   JUDGMENT
14             vs.                   )
                                     )
15   CAROLYN W. COLVIN,              )
     Acting Commissioner of Social   )
16   Security,                       )
                                     )
17                    Defendant.     )
                                     )
18   _____    )

19

20         The decision of the Administrative Law Judge is AFFIRMED.  Judgment is

21   hereby entered in favor of Defendant.

22

23   DATE: July 22, 2014

24                                   _____

25                                   HON. MICHAEL R. WILNER
                                     UNITED STATES MAGISTRATE JUDGE
26

27

28